FILED IN
COURT OF CRIMINAL APPEALS

June 24, 2015

ABEL ACOSTA, CLERK

PD-0759-15

PD-0759-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/22/2015 10:35:43 PM
Accepted 6/24/2015 10:47:40 AM
ABEL ACOSTA
CLERK

CAUSE NO. 07-13-341-CR

| | | |
|---|---|---|
| ROGER STONE | § | IN THE COURT OF |
| | § | |
| v. | § | CRIMINAL APPEALS |
| | § | |
| STATE OF TEXAS | § | OF TEXAS |

# MOTION TO EXTEND THE TIME TO FILE THE PDR CONTEMPORANEOUSLY FILED WITH THIS MOTION

**TO THE HONORABLE JUDGES OF THE
COURT OF CRIMINAL APPEALS:**

COMES NOW Roger Stone, Appellant, and files this motion to extend the time to file the PDR to June 22, 2015. In support, the Appellant respectfully shows the Court the following:

## I.

The court of appeals' ruling was issued on May 15, 2015, making the PDR due June 14, 2015. No prior extension motion has been filed.

## II.

The reason for this request is as follows. Undersigned counsel represents many appellate clients whose briefs, motions for rehearing or PDRs were due around the time of the Appellant's Brief is due in this case, and has not until now had time to prepare this Brief.

WHEREFORE, the Appellant prays the Court grant an extension of time to file his PDR to June 22, 2015, the date the PDR is electronically filed.

Respectfully submitted,

/s JOHN BENNETT
John Bennett
Post Office Box 19144
Amarillo, Texas 79114
(806) 282-4455
Fax: (806) 398-1988
State Bar Number 00785691
Email: AppealsAttorney@gmail.com
Attorney for the petitioner

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above Motion has been served on Mark Snider, Esq., Hutchinson County Criminal District Attorney, to him at Hutchinson County Courthouse, 500 Main Street, Stinnett, Texas 79083, and, on Lisa McMinn, Esq., State Prosecuting Attorney, by email to her at lisa.mcminn@spa.texas.gov, both on June 22, 2015.

/s JOHN BENNETT
John Bennett